# IN THE SUPREME COURT OF THE STATE OF NEVADA

ELSAYED ELNENAEY,
                Petitioner,

vs.

THE EIGHTH JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA, IN AND FOR THE COUNTY OF CLARK; THE HONORABLE ELIZABETH GOFF GONZALEZ; AND THE HONORABLE T. ARTHUR RITCHIE, JR., DISTRICT JUDGE,
                Respondents,

and

MERVAT OSMAN,
                Real Party in Interest.

No. 74273

**FILED**

DEC 15 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DIRECTING CLERK TO TRANSFER DOCUMENTS TO DOCKET NO. 74178, AND ADMINISTRATIVELY CLOSING DOCKET NO. 74273

This pro se writ petition was docketed as a new matter without payment of the filing fee. Petitioner submitted one $250 filing fee with two docket numbers noted on the check, and the fee was applied to petitioner's other matter pending in this court, Docket No. 74178. Petitioner has filed a motion in Docket No. 74178 to either apply the filing fee made in that case to the instant matter, or transfer the documents from this matter to Docket No. 74178 and consolidate the two cases.

Although the motion to transfer documents would have been more properly filed in this case, upon review of the documents filed in both matters, it would appear that the instant writ petition should have been filed as an amended writ petition in Docket No. 74178 rather than docketed as a new matter. Accordingly, we waive the filing fee in Docket No. 74273, direct the clerk of this court to transfer all documents filed in Docket

17-43351

No. 74273 to Docket No. 74178,[1] and direct the clerk to administratively close Docket No. 74273.

It is so ORDERED.

_____ Cherry, C.J.

cc:   Hon. Elizabeth Goff Gonzalez, Chief Judge
      Hon. T. Arthur Ritchie, Jr., District Judge, Family Court Division
      Elsayed Elnenaey
      Pecos Law Group
      Eighth District Court Clerk

---

[1]Petitioner's emergency motion to stay remittitur in Docket No. 67974 pending resolution of the writ petition, submitted to this court on October 24, 2017, will be resolved under Docket No. 74178.